UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A.S., a minor | ) | |
| by her parents and next friends, | ) | |
| Andrew Schoenbach and Daryl Kade | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1591 (RMC) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME
TO FILE RESPONSIVE PLEADING**

The Defendants, by counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court

for an enlargement of time--to September 20, 2005--to file a response to the complaint.  As grounds

therefor Defendants represent as follows:

While Plaintiff filed this suit on or about August 9, 2005, the Complaint was not served on

Defendants until August 24, 2005.  As such, Defendants have until September 13, 2005, to file a

responsive pleading.   However, counsel for the Defendants has just received a copy of a portion of the

record of the administrative proceeding that is the subject of this action.   Accordingly, Defendants

respectfully request that this Court enlarge the time to file a response to the complaint by 7 days, to and

including September 20, 2005.  Counsel for the Plaintiffs has consented to a grant of this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
(202) 727-3625 (fax)
September 13, 2005                      carol.burroughs@dc.gov


## MEMORANDUM OF POINTS AND AUTHORITIES

1.      Fed. R. Civ. P. 6.

2.      LCvR 7.1(m).

3.      The inherent authority of this Court.