UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A.S., a minor                                      )
by her parents and next friends,                   )
Andrew Schoenbach and Daryl Kade                   )
                                                   )
                    Plaintiffs,                    )
                                                   )
             v.                                    )        Civil Action No. 05-1591 (RMC)
                                                   )
DISTRICT OF COLUMBIA, *et al*.,                    )
                                                   )
                    Defendants.                    )
_____)

**O R D E R**

Upon consideration of Defendants' Consent Motion to Enlarge Time to File Responsive

Pleading, and it appearing just and proper, it is,

**ORDERED** that Defendants' Consent Motion to Enlarge Time to File Responsive Pleading is

**GRANTED;** and it is

**FURTHER ORDERED** that the District of Columbia and Clifford B. Janey may file a

response to the complaint on or before September 20, 2005.



_____
United States District Judge