IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANNA SCHOENBACH, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 05-1591 (RMC)

**NOTICE OF APPEARANCE**

    The undersigned respectfully request that the Clerk enter the appearance of Haylie M. Iseman as counsel for plaintiffs in this matter. While Ms. Iseman's name and signature appear on the original Complaint in this matter, under the advisement of the Electronic Case Filing personnel, we hereby note her appearance to enable her to receive ECF notifications in this case.

    Respectfully Submitted,

    /s/ (filed electronically)
    Michael J. Eig    #912733

    /s/ (filed electronically)
    Haylie M. Iseman    #471891
    MICHAEL J. EIG AND ASSOCIATES, P.C.
    5454 Wisconsin Avenue
    Suite 760
    Chevy Chase, Maryland 20815
    (301) 657-1740

    Counsel for Plaintiffs

**Filed Electronically on September 13, 2005**