UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA SCHOENBACH, <u>et al.</u>, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 05-1591 (RMC) <br> ) |
| DISTRICT OF COLUMBIA, <u>et al.</u>, | ) <br> ) |
| Defendants. | ) <br> ) |

**<u>DEFENDANTS' ANSWER TO COMPLAINT</u>**

Defendants District of Columbia and Clifford Janey, by counsel, here answer Plaintiff's Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. The allegations contained in paragraph 1 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that Defendants admit the existence of the cited statute.

2. The allegations contained the first two sentences of paragraph 2 of the Complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied, except that Defendants admit the existence of the cited statutes. Defendants admit the allegations in the last sentence of paragraph 2 of the Complaint.

3. Defendants admit the allegations in paragraph 3 of the Complaint.

4. Defendants admit the allegations in paragraph 4 of the Complaint.

5. Defendants admit the allegations in paragraph 5 of the Complaint except deny to any implication that Dr. Janey is solely responsible for said compliance with the law.

6. But for the pleader's characterizations, defendants admit the allegations in paragraph 6 of the Complaint.

7. Defendants admit the allegation in paragraph 7 of the Complaint.

8. Defendants admit the allegations contained in paragraph 8 of the Complaint.

9. Defendants deny the allegation that she required a more therapeutic environment and admit the remaining allegation contained in paragraph 9 of the Complaint.

10. Defendants admit the allegations contained in paragraph 10 of the Complaint.

11. Defendants admit the allegations contained in paragraph 11 of the Complaint but deny the allegations with respect to Anna's therapist which are not a part of the record.

12. Defendants admit the allegations contained in paragraph 12 of the Complaint.

13. Defendants deny the allegations contained in paragraph 13 of the Complaint.

14. Defendants admit the allegations contained in paragraph 14 of the Complaint.

15. Defendants deny the allegations contained in paragraph 15 of the Complaint.

16. Defendants deny the allegations contained in paragraph 16 of the Complaint.

17. Defendants admit the allegations contained in paragraph 17 or the complaint.

18. Defendants deny the allegations as contained in paragraph 18 of the Complaint.

19. Defendants deny the allegation that there were roadblocks and are without information or knowledge sufficient to admit or deny the remaining allegation in paragraph 19 of the Complaint.

20. Defendants admit the allegations in the first sentence of paragraph 20. The second sentence contains characterizations of the pleader to which no response is required. Defendants deny the allegations in the third sentence of paragraph 20 of the Complaint.

21. Defendants admit the allegations contained in the first sentence of paragraph 21 of the Complaint. Defendants are without sufficient information to admit or deny the allegations in the second and third sentences of paragraph 21 of the Complaint.

22. Defendants admit the allegations contained in paragraph 22 with respect to the opinion of Dr. Covington but deny the allegations with respect to Dr. Gilloty which are not a part of the record.

23. Defendants deny the allegations contained in paragraph 23 of the complaint.

24. The allegations in paragraph 24 of the Complaint are characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

25. Defendants admit the allegations contained in paragraph 25 of the Complaint.

26. The allegations in paragraph 26 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

27. The allegations in paragraph 27 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

28. The allegations in paragraph 28 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

29. Defendants deny the allegations contained in paragraph 29 of the Complaint.

30. The Hearing Officer's decision referenced in paragraph 30 of the Complaint speaks for itself; otherwise the allegations are characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

31. The Hearing Officer's decision referenced in paragraph 31 of the Complaint speaks for itself; otherwise the allegations are characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

32. The allegations in paragraph 27 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

33. Defendants deny the allegations contained in paragraph 33 of the Complaint.

34. The allegations in paragraph 34 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

35. The allegations in paragraph 35 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

36. The allegations in paragraph 36 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

37. The allegations in paragraph 37 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

38. The allegations in paragraph 38 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

39. The allegations in paragraph 39 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

40. The allegations in paragraph 40 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

41. The allegations in paragraph 41 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

42. The allegations in paragraph 42 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

43. The allegations in paragraph 43 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

44. The allegations in paragraph 44 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

45. The allegations in paragraph 45 of the Complaint are characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

46. Defendants admit the allegation contained in paragraph 46 of the Complaint.

47. Defendants incorporate as though restated each of the answers stated in paragraph 1 through 46 above.

48. Defendants admit the existence of the law cited in paragraph 48 which speak for themselves. Otherwise the allegations are legal and/or factual characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

49. Defendants admit the existence of the statute cited in paragraph 49 which speaks for itself. Otherwise the allegations are legal and/or factual characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

50. The allegations in paragraph 50 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

51. The allegations in paragraph 51 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

52. Defendants incorporate as though restated each of the answers stated in paragraph 1 through 46 above.

53. Defendants admit the existence of the law cited in paragraph 53 which speak for themselves. Otherwise the allegations are legal and/or factual characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

54. Defendants admit the existence of the statute cited in paragraph 54 which speaks for itself. Otherwise the allegations are legal and/or factual characterizations of

the pleader to which no response is required. If a response is required, then the same are denied.

55.     The allegations in paragraph 55 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

56.     The allegations in paragraph 56 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

57.     Defendants incorporate as though restated each of the answers stated in paragraph 1 through 46 above.

58.     Defendants admit the existence of the law cited in paragraph 58 which speaks for itself. Otherwise the allegations are legal and/or factual characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

59.     Defendants admit the existence of the statute cited in paragraph 59 which speaks for itself. Otherwise the allegations are legal and/or factual characterizations of the pleader to which no response is required. If a response is required, then the same are denied.

60.     The allegations in paragraph 60 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

61. The allegations in paragraph 61 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

62. The allegations in paragraph 62 of the Complaint are legal conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

BY WAY OF FURTHER ANSWER, Defendants deny all allegations of wrong-doing not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

WHEREFORE, Defendant demands that the Complaint be dismissed and that Defendants be awarded the expense of litigation, costs, and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General of the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section 2

|  |  |
|---|---|
| | **/s/ Carol E. Burroughs** |
| | CAROL E. BURROUGHS [#415432] |
| | Assistant Attorney General |
| | 441 Fourth Street, N.W. |
| | Sixth Floor South |
| | Washington, D.C. 20001 |
| **September 20, 2005** | (202) 724-6520 |