IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA SCHOENBACH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | C.A. No. 05-1591 (RMC) |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to Rule 16.3 of the Local Rules of the United States District Court for the District of Columbia, the parties, by their respective counsel, hereby submit this Meet and Confer Statement to the Court. This report sets out the agreements reached by the parties in their October 14, 2005, telephone conferences, as follows:

(1) It is possible that the case can be disposed of by dispositive motion. The case should be in the Standard Track category.

(2) The parties do not anticipate that they will join any additional parties or amend their pleadings, but recommend that the deadline for doing so be December 1, 2005.

(3) At this point, the parties believe that the case need not be assigned to a magistrate judge for any purpose.

(4) The parties have discussed settlement of this case, and are not optimistic that settlement is possible.

(5) At this time, the parties do not believe that this case would benefit from the Court's alternative dispute resolution ("ADR") procedure, or some other form of alternative dispute resolution, and that no related steps need occur to facilitate ADR. Counsel have

discussed ADR and their response to this provision with their clients, and in assessing this decision, have considered subsections (i) - (v).

(6) Dispositive motions and/or cross-motions should be filed within 60 days after the date of the Court's Scheduling Order. Any opposition(s) should be filed within 20 days after the date for the filing of the motions, and any replies should be filed within 15 days thereafter.

(7) The parties stipulate to dispense with the initial disclosures required by Fed. R.Civ.P. 26(a)(1).

(8) Because it is possible that the case may be disposed on the administrative record (once the parties have had the opportunity to review it), the parties cannot determine the extent of discovery, if any. Should the case not be disposed by order on motion, a status conference shall take place within 60 days of the decision on dispositive motions.

(9) At this time, the plaintiffs cannot determine whether expert witnesses will be called. Defendants do not believe that experts are needed. If experts are required, the parties will follow Fed.R.Civ.P. 26(a)(2).

(10) This is not a class action.

(11) The trial and/or discovery should not be bifurcated or managed in phases.

(12) In the event that the case is not disposed on dispositive motions, then a status conference should take place within 60 days.

Pursuant to this Court's September 29, 2005, Order, the parties have also agreed upon the following:

**Statement of the Case**

This is an action for reimbursement for the costs incurred by plaintiffs, Andrew Schoenbach and Daryl Kade, in educating their daughter, Anna Schoenbach, in a non-public school that serves students with disabilities. Plaintiffs allege that the District of Columbia Public Schools ("DCPS") failed to provide Anna with a free appropriate education ("FAPE") as required under the Individuals with Disabilities Act ("IDEA") 20 U.S.C. §§ 1400 *et seq.*, and that a Hearing Officer's determination dated July 11, 2005, concluding the contrary should be reversed. The Defendants believe the Hearing Officer's determination was supported and correct, and that the determination should be affirmed.

**Statutory Basis**

The statutory basis for this cause of action is the IDEA, 20 U.S.C. §1400, *et seq.* (2004). Plaintiff also allege that this action has a statutory basis in the Rehabilitation Act of 1973 ("Section 504), 29 U.S.C. § 794; and 42 U.S.C. §1983. The Defendants contend the Plaintiffs' view in this regard is inconsistent with settled law in this jurisdiction.

Respectfully submitted,

/s/    (filed electronically)
Michael J. Eig            #912733

        /s/   (filed electronically)
Haylie M. Iseman          #471891
MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue
Suite 760
Chevy Chase, Maryland 20815
Counsel for the Plaintiffs


        /s/   (filed electronically)
Carol E. Burroughs     #415432
OFFICE OF THE ATTORNEY GENERAL FOR
THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
Washington D.C. 20001
(202) 724-6520
Counsel for the Defendants

Filed Electronically on **October 21, 2005**