UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNA SCHOENBACH**, *et al.*, ) <br> ) <br> **Plaintiffs**, ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA**, *et al.*, ) <br> ) <br> **Defendants**. ) <br> ) | Civil Action No. 05-1591 (RMC) |

## SCHEDULING ORDER

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on November 15, 2005, it is hereby

**ORDERED** that, within three (3) weeks of the date of this Order the Administrative Record in this case shall be filed; and it is

**FURTHER ORDERED** that within sixty (60) days following the filing of the Administrative Record, dispositive and/or cross-motions shall be filed; oppositions thereto shall be filed within twenty (20) days; and replies, if any, shall be filed within fifteen (15) days thereafter; and it is

**FURTHER ORDERED** that counsel conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required to confer in good faith in an effort to resolve any disputes before bringing them to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court; and it is

**FURTHER ORDERED** that counsel evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: November 17, 2005

/s/
ROSEMARY M. COLLYER
United States District Judge