**A.S. v. District of Columbia**
**Civil Action 05-1591 (RMC)**

**Index of Record**

|   |   | **Page** |
|---|---|---|
| 1. | Certification of Record | 1 |
| 2. | Hearing Request, 3/24/05 | 2 |
| 3. | Hearing Officer's Decision, 7/8/05 | 6 |
| 4. | Plaintiff's Disclosure Statement, 4/29/05 | 18 |
|    | AS-1   Due Process Hearing Request, 3/24/05 | 19 |
|    | AS-2   Plaintiff's letter to DCPS' Office of Special Education, 1/19/05 | 22 |
|    | AS-3   DC Residency Verification Form, 8/20/04 | 23 |
|    | AS-4   Student Information, 9/04 | 24 |
|    | AS-5   Applicant Questionnaire, The Nora School, 11/26/04 | 27 |
|    | AS-6   Parent Questionnaire, The Nora School, 11/26/04 | 29 |
| 5. | Defendant's Disclosure Statement, 4/29/05 | 33 |
|    | DCPS-1   Individualized Educational Program, 4/29/05 | 35 |
|    | DCPS-2   Multidisciplinary Team (MDT) Meeting Notes, 4/29/05 | 66 |
|    | DCPS-3   Multidisciplinary Team Prior Notice, 4/29/05 | 84 |
|    | DCPS-4   Multidisciplinary Team Letter of Invitation, 4/11/05 | 88 |
|    | DCPS-5   Social Work Evaluation Report, 5/19/04 | 91 |
|    | DCPS-6   Occupational Therapy Progress Report, 3/04 | 96 |
|    | DCPS-7   Individualized Educational Program, 4/2/04 | 101 |
| 6. | Hearing Notice to Counsel, Revised Copy 4/7/05 | 125 |

7.  Hearing Notice to Counsel, 4/4/05 — 126

8.  Plaintiff's Letter Re: Documents for June 14, 2005 Hearing, 6/7/05 — 127

    AS-7    Letter from Mr. Eig to Ms. Newsome, 5/25/05 — 128

    AS-8    Letter from Dr. Gilotty, dated 5/31/05 — 129

    AS-9    Accommodations offered at the Nora School — 133

9.  Hearing Notice to Counsel, 5/6/05 — 135

10. May 6, 2005 Hearing Transcript — 136

11. June 14, 2005 Hearing Transcript — 252

12. Parent's Memorandum of Points and Authorities — 387