UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **A.S., et al.,** | : |
| **PLAINTIFFS,** | : |
| v. | : Civil Action No. 05-1591 (RMC) |
| **DISTRICT OF COLUMBIA, et al.,** | : |
| **DEFENDANTS.** | : |

## ORDER

Upon consideration of Defendants' Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment, the Oppositions and Replies thereto, it is hereby

**ORDERED** that:

1. Defendants' Motion for Summary Judgment is GRANTED; and it is further

    **ORDERED** that

2. Plaintiffs' Motion for Summary Judgment is **DENIED.**

**SO ORDERED.**

**DATE:** _____

ROSEMARY M. COLLYER
United States District Judge