**Children's National Medical Center®**

111 Michigan Avenue, N.W.
Washington, DC 20010-2970
(202) 884-5000

### Center for Autism Spectrum Disorders
### (301) 738-8930

### School Consultation

Name:  Anna Schoenbach
MR#:   010227562
Date:  5-31-05
DOB:   2-1-91
Age:   14 years 3 months

To Whom It May Concern:

I am writing this letter on behalf of Anna Schoenbach at the request of her parents. Anna has been a patient of mine since May 2003. She has been diagnosed with Asperger's Disorder (which is an autism spectrum disorder), and Attention Deficit/Hyperactivity Disorder – Inattentive Type. She is very bright, with consistent evaluation results over the years demonstrating a high Verbal IQ, average Performance IQ, and demonstrated deficits in attentional and organizational skills across several measures of executive functioning. She also has significant social-emotional weaknesses, including a propensity to 'shut down' and become very rigid when she is overwhelmed or overloaded.

In May 2003, Anna's parents initially consulted with me regarding a school placement. At that time, I concluded that Anna's combination of strengths and weaknesses made it extremely difficult for her to function in a traditional academic setting, and recommended that she be enrolled in a structured education setting with developmentally oriented individualized programming and instruction, with staff specifically trained and experienced in autism spectrum disorders. Thus, I concluded the Kingsbury Middle School was an appropriate placement for her.

Since that time, Anna has been in weekly treatment with me, and I have consulted with the school on a regular basis. I have seen her make substantial progress in her social interactions and ability to deal with social and education situations. Last summer, Anna's parents and I agreed that she had reached the point where they could consider a more mainstream environment for High School. Our goal was to build on Anna's growing but fragile self-confidence, and take advantage of her strong desire to be in a regular education environment in order to increase her social independence. However, she would also continue to require a structured, protective environment to maintain progress and reduce the risk of overload. This called for a very special balance.

The key criteria I recommended for this high school placement were: small class size to allow for individualized teaching when necessary, a school philosophy that allowed for individualizing curriculum when necessary, a non-special educational setting, a typical peer group, and a small overall program size.

Especially important was a college-preparatory curriculum, teachers who are well versed and enthusiastic about their subjects, and cognitively appropriate peers to stimulate Anna's academic interest. Addressing her particular challenges could be done with supplementary services such as speech/language therapy for information processing, occupational therapy for general organizational skills, and tutoring/coaching for organizing/planning specific assignments.

During the summer and fall of 2004, Anna's parents and I reviewed schools that we thought would meet these criteria. These included: Kingsbury High School, Nora School, the Field School, and the New School of Northern Virginia. After visiting the Field School, Anna's parents rejected it because the building was very complex and difficult to navigate. The logistics of traveling to the New School (in Vienna Va.) were too daunting. The Kingsbury High School remained a possibility because the high school teaching paradigm is more academically oriented than the Middle School, but it would have entailed a peer group of children with special education needs, and so was not ideal. In addition, Anna was highly motivated for a change from Kingsbury.

## Nora School

Based on descriptions from Anna's parents and a review of the school website (including the mission and philosophy, middle school accreditation board report, curriculum, and faculty profiles), Nora School met all the criteria for a small, mainstream college-preparatory setting. Anna's parents were impressed with the school facility, including the single-hub layout of the classrooms from the central entrance/meeting area, and informal "graduate seminar" type classroom seating arrangements.

Anna was effusive about Nora School after her visit – commenting specifically about her ability to navigate the school. I was particularly impressed that she had already "made friends" with other students, and even discussed plans to go out for lunch with them at nearby restaurants. Anna's parents also provided me with a list of potential accommodations that are available at the school, which clearly delineated the school's ability to provide the extra support and interventions that she might need. We concluded that Nora would be the most appropriate high school program for Anna.

## McKinley Asperger's Program

In the beginning of May, Anna's parents informed me that District of Columbia Public Schools (DCPS) had proposed that Anna be placed in a new Asperger's program being

set up at McKinley High School and requested my opinion on whether or not this would be an appropriate program for Anna.

They described the program as having two components:
- A self-contained component with up to six children with Asperger's, with potentially mixed grades, supported by a special education teacher and two aides.
- An inclusion component consisting of mainstream classes of 15-22 children, with a regular subject teacher and special education teacher co-teaching. The subject teachers handle approximately 100 children in five classes.

The inclusion component would be part of the main high school that currently has 400 children in grades 9 and 10, but is projected to expand to 600 children next year, and to 800 children the following year, as they add grades 11 and 12. Anna's parents reported that the high school had a science and technology focus, and that all the children in the general high school, as well as the new Asperger's program, would have met selective academic criteria. They also described the McKinley building as very large, containing two wings with four floors each, long corridors, and a cafeteria that will serve 300-400 children in each of two periods.

Anna's parents reported DCPS was unable to provide them anything written on the program, but they shared with me a website that DCPS had provided. This website described the philosophy and curriculum of the mainstream McKinley program, but had no reference to the Asperger's program. The website also had a picture and live Webcam of the building which was very imposing - substantially larger than either Kingsbury or her prior school, Murch Elementary School.

Based upon this information, it is my recommendation that the McKinley Asperger's program would not be an appropriate placement for Anna. Please refer to the Impressions section for a more detailed rationale.

## Impressions

1. Regarding the self-contained component of the McKinley program: Anna should not be in a program designed primarily for children with Asperger's or other developmental disorders. Over the past three years at Kingsbury, her most contentious relationships have been with other students with Asperger's. She is ready for, and capable of, having real relationships with typical peers in a general education setting, provided she is comfortable in the environment and there are supportive adults. She requires a structured setting with typical peers in order to develop her social interaction skills. To the extent she is in the self-contained part of the program, or even asked to identify with the program, it will undermine her fragile self-esteem, she will become demoralized and completely shut down, and will be at a significant risk for depression.

2. Regarding the inclusion component of the program: Anna should not be in a classroom with 15-22 children. Teacher:student ratio is not the only important factor. Most critical to Anna's academic success is the overall class size. In considering her individual case,

she needs a smaller class so she can have ample opportunities to participate. She needs the subject teachers to have the time to give her individualized attention and stimulate her interest and involvement.

3. Regarding the overall program and facility size: Approximately 200 9th graders and 600-800 overall students would be completely overwhelming for Anna, as would the large and complex building. She would be under constant stress, and this would cause her to become overwhelmed and shut down. She would not even be able to have lunch with typical peers in the cafeteria because of the noise and confusion of 300 - 400 children who will be there each period. Accommodations such as having an aide help her to navigate the building, or eating lunch separately (e.g. early in the day alone, or in the class with the other children with Asperger's), are not appropriate solutions because they do not create opportunities for her to increase her independence.

## Summary

None of these difficulties are present with Nora School. She will be able to comprehend and be comfortable with their intimate building, the moderate class sizes, and the moderate overall school population. She will feel like she is progressing in her achievement and independence. This, in turn, will give her the best possible chance to develop and succeed in both social and academic domains.

In summary, I believe the McKinley High School Asperger's program would be an inappropriate placement for Anna, which would be detrimental to her development and academic achievement. I highly recommend the Nora School program as an appropriate, and even ideal, placement for Anna as she attempts to take the next step in her personal development.

Respectfully Submitted,

*[signature]*

Lisa Gilotty, Ph.D.
Licensed Psychologist
Program Director,
Center for Autism Spectrum Disorders
Children's National Medical Center