

The Nora School
**The Nora School**

### Grade History
Schoenbach, Anna Kade    Grade: 9

This screen shows the term grades earned during the current school year.

| Q1 | | | | |
|---|---|---|---|---|
| Course | Grade | % | Cit | Hrs |
| Algebra | B+ | 87 | S | 0 |
| Biology | A | 94 | S | 0 |
| Comprehensive English | A | 94 | S | 0 |
| Political Science | B+ | 89 | S | 0 |
| Sculpture | A | 93 | S | 0 |

| Q2 | | | | |
|---|---|---|---|---|
| Course | Grade | % | Cit | Hrs |
| Algebra | A | 95 | S | 0 |
| Biology | A | 95 | S | 0 |
| Comprehensive English | A- | 92 | S | 0 |
| Creative Writing | A+ | 0 | S | 0 |
| Political Science | A- | 92 | S | 0 |
| Sculpture | A | 94 | S | 0 |

| S1 | | | | |
|---|---|---|---|---|
| Course | Grade | % | Cit | Hrs |
| Algebra | A- | 91 | S | 0.5 |
| Biology | A | 95 | S | 0.5 |
| Comprehensive English | A | 93 | S | 0.5 |
| Creative Writing | A+ | 0 | S | 0.25 |
| Political Science | A- | 91 | S | 0.5 |
| Sculpture | A | 94 | S | 0.5 |

DISCLAIMER: This system is provided as a convenience. Grades and other information provided by this system are not official records and may or may not be accurate. Neither this institution nor Apple Computer, Inc. accepts any responsibility for information provided by this system and/or for any damages resulting from information provided by this system. For official grades and student records contact your school.

© 1999 - 2004 Apple Computer, Inc. All rights reserved.



The Nora School
**The Nora School**

## Teacher Comments
Schoenbach, Anna Kade   Grade: 9

This screen shows comments from teachers.

| Per. | Course | Teacher | Comment |
|---|---|---|---|
| 1 | Comprehensive English | Fox, Sharon | Anna is a very strong English student. She takes the work very seriously and continually does well on quizzes and tests. Her papers are excellent. She loves to read. Her work is always in on time and she has made great improvement in paying attention rather than reading while I am teaching or while we are discussing a topic. I feel that Anna genuinely enjoys our class. She participates fully and I look forward to woking with her as we start our new semester. |
| 2 | Political Science | Madden, Scott C | |
| 3 | Biology | Woods-Wilson, Tonia D | Anna is a great student who works very hard in my class and her grade reflects this effort. |
| 4 | Sculpture | Galloro, Dominic A | It is always good to see the fine work that comes from Anna's hand. She can be counted on to give productive input during class disscussions concerning the project. nic |
| 5 | Creative Writing | Kuzner, Jasmine Abeya | Anna has had great success in her first quarter of creative writing class. She completes most assignments on-time, and after getting to know my expectations with the written critiques she has for homework, Anna has had no problem in turning in well-prepared assignments on-time. She has received several positive critiques on her creative pieces from me and classmates in regards to her creative abilities, and she should look forward to exploring these abilities with Kwame as he continues this school year. Anna has also greatly improved in class discussion, being able to gracefully accept and give critiques to and from her classmates. Keep up the good work! |
| 6 | Algebra | Szanzer, Hedy R | Anna understands the new mathematical concepts. Great job on midterm-89%. Hedy |

DISCLAIMER: This system is provided as a convenience. Grades and other information provided by this system are not official records and may or may not be accurate. Neither this institution nor Apple Computer, Inc. accepts any responsibility for information provided by this system and/or for any damages resulting from information provided by this system. For official grades and student records contact your school.

© 1999 - 2004 Apple Computer, Inc. All rights reserved.