IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNA SCHOENBACH, *et al.*, | |
| Plaintiffs, | |
| v. | C.A. No. 05-1591 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | |
| Defendants. | |

**STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE IS NO GENUINE ISSUE**

Pursuant to Local Rule 7.1(h), plaintiffs submit this statement of material facts as to which there is no genuine issue:

1. Anna Schoenbach, born on February 1, 1991, is an exceptionally bright fifteen year-old child with Asperger's Syndrome, a high-functioning Autism-spectrum disorder, Attention Deficit Hyperactivity Disorder, inattentive type ("ADHD"), and associated executive functioning disabilities. Though her cognitive ability, as measured by IQ testing, is in the superior range, her disabilities greatly impact Anna's ability to succeed in school. Because of these disabilities, Anna requires special education and related services. Complaint ¶¶6 and 7; Answer ¶¶6 and 7.

2. During the 2004-05 school year, Anna was placed and funded by DCPS at the Kingsbury Day School ("Kingsbury"). She attended Kingsbury for the 2004-05 school year and received educational benefit from that placement. Complaint ¶8; Answer ¶8.

3. Over the course of the 2004-05 school year, Anna's needs evolved to the point where she required a less restrictive environment for her education. Complaint ¶9; Answer ¶9; July 14, 2005 Tr. at 67. In a letter dated January 19, 2005, counsel for the parents informed

DCPS of Anna's changing needs and requested that DCPS begin the process to change Anna's placement for the following school year. Complaint ¶10; Answer ¶10.

4. After much research into available programs, the Schoenbachs and Anna's long-term therapist concluded that The Nora School ("Nora") was an appropriate placement for her. In the January 19, 2005 letter, they informed DCPS that they were seriously considering a placement at Nora for the 2005-06 school year. Complaint ¶11; Answer ¶11; AS-2 ; July 14, 2005 Tr. at 69-70.

5. When DCPS failed to respond to the January 19, 2005, on March 24, 2005, the Schoenbachs requested a Due Process hearing under the IDEA. The DCPS Student Hearing Office scheduled a hearing for May 6, 2005. Complaint ¶12; Answer ¶12.

6. DCPS failed to contact the parents to propose a date to meet and discuss a change in placement or make any other communication with the parents until April 11, 2005, *after* the Due Process hearing had already been scheduled. Complaint ¶13; May 6, 2005 Tr. at 44.

7. On April 29, 2005 – just one week before the Due Process hearing was scheduled to occur and almost three months after the parents asked for a new placement – the Multi-Disciplinary Team ("MDT") convened to discuss Anna's program for the 2005-06 school year. Complaint ¶14; Answer ¶14; Hearing Officer's Decision at 5.

8. At the April 29, 2005 MDT meeting, members discussed the substantial progress Anna had made over the past year.  Then, against the judgment of all other MDT members, the DCPS representative proposed a contemplated, but not existing, Asperger's program at McKinley Technology High School ("McKinley") as Anna's placement for the 2005-06 school year. Complaint ¶15; May 6, 2005 Tr. at 48-50; Hearing Officer's Decision at 5.

9. Anna's psychologist at Kingsbury for more than two years, Dr. Kara Covington, expressed her strong disagreement with the proposed placement. She stated that, being familiar with McKinley's layout and the size of the student body, she was certain that Anna would be overwhelmed and set up for failure in such a large school setting. Complaint ¶17; Answer ¶17; Hearing Officer's Decision at 4-5. She further stated that "she needs a small setting," and that if sent to McKinley, "we would be doing her a disservice; the social pressure would be too much." *See* DCPS-2.

10. At the April 29, 2005 MDT meeting, DCPS was not able to provide any detailed information about the McKinley Asperger's program. Instead, the DCPS representatives referred the parents to the McKinley website. However, this website also did not contain any information about the Asperger's program. Complaint ¶16; DCPS-2; May 6, 2005 Tr. at 100.

11. The paucity of information provided by DCPS about the McKinley Asperger's program made it very difficult for the Schoenbachs to determine the appropriateness of the program for Anna. Complaint ¶18.

12. Despite these roadblocks and the school system's extensive delays, the Schoenbachs researched the proposed placement to the best of their abilities. Complaint ¶19; On May 3, 2005, Anna's mother spoke on the telephone with McKinley's Special Education Coordinator, Lawrencia Cole-Brown. Ms. Kade found Ms. Cole-Brown to be a likable administrator and teacher who seemed to care about her job. However, Ms. Cole-Brown admitted that she had only learned of the new Asperger's program at McKinley that same day and that she was accordingly unable to provide many details about the nature or structure of the program. Complaint ¶20; Answer ¶20.

13. On May 4, 2005, the Schoenbachs and Dr. Covington visited McKinley and spent three hours touring the school and meeting both regular education and special education teachers. The parents were impressed by the apparent dedication and enthusiasm of the McKinley staff. However, they concluded that the imposing size and layout of the school campus and the large student population would overwhelm Anna, and that she would shut down in such an environment and become isolated. Complaint ¶18; Answer¶21; July 14, 2005 Tr. at 85-87.

14. Both Dr. Covington and Dr. Lisa Gilotty, Anna's private psychologist, advised that Anna would be unable to benefit academically and socially from either the self-contained highly restrictive Asperger's classes or the overly large inclusion classes available at McKinley. Complaint ¶22; Answer ¶22; AS-8.

15. The proposed program for Anna at McKinley is a significantly more restrictive placement than Nora, where Anna can receive individualized full-time specialized instruction throughout the day in a full-time mainstream setting. Complaint ¶23; June 14, 2005 Tr. at 83-84 and 90.

16. Because the Schoenbachs were convinced that the McKinley program could not meet Anna's academic and social-emotional needs, and because they desired a less restrictive but specialized (individualized) academic environment, they rejected the DCPS proposed placement at McKinley. Complaint ¶24; June 14, 2005 Tr. at 85-87.

17. A Due Process hearing convened on May 6, 2005, before Hearing Officer Terry Banks, and continued on June 14, 2005. Complaint ¶25; Answer ¶25.

18. In a decision dated July 11, 2005, the Hearing Officer determined that the parents were not entitled to placement and funding of Anna at Nora, based on a finding that DCPS

offered Anna a program calculated to provide her educational benefit. Complaint ¶30; Hearing Officer's Decision at 9.

19. The Hearing Officer also ruled that, even if McKinley was found to be an *inappropriate* placement, the Schoenbachs would not be entitled to reimbursement for a placement at Nora because Nora does not offer special education services. Complaint ¶31; Hearing Officer's Decision at 7-8.

Respectfully submitted,

/s/ (filed electronically)
Michael J. Eig      #912733

/s/ (filed electronically)
Haylie M. Iseman    #471891

MICHAEL J. EIG AND ASSOCIATES, P.C.
5454 Wisconsin Avenue, Suite 760
Chevy Chase, Maryland 20815
(301) 657-1740

Counsel for Anna Schoenbach and her parents