UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
A.S., a minor                              )
by her parents and next friends,           )
Andrew Schoenbach and Daryl Kade           )
                                           )
            Plaintiffs,                    )
                                           )
      v.                                   )   Civil Action No. 05-1591 (RMC)
                                           )
DISTRICT OF COLUMBIA, et al.,              )
                                           )
            Defendants.                    )
_____)
```

# **O R D E R**

Upon consideration of Defendants' Motion to Enlarge Time to File Oppositions and Replies to the parties' Cross-Motions for Summary Judgment, and it appearing just and proper, it is,

**ORDERED** that Defendants' Motion to Enlarge Time to File Oppositions and Replies is **GRANTED;** and it is

**FURTHER ORDERED** that the Plaintiffs and Defendants may file their oppositions to the cross-motions for Summary Judgment on or before March 20, 2006; and it is

**FURTHER ORDERED** that the Plaintiffs and Defendants may file their replies to any opposition to the cross-motions for Summary Judgment on or before April 7, 2006.

_____
United States District Judge