UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.S., a minor )<br>by her parents and next friends, )<br>Andrew Schoenbach and Daryl Kade )<br>)<br>Plaintiffs, )<br>)<br>v.                                          )<br>)<br>DISTRICT OF COLUMBIA, *et al*., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 05-1591 (RMC) |

## **O R D E R**

Upon consideration of Defendants' Motion to Enlarge Time to File Oppositions and Replies to the parties' Cross-Motions for Summary Judgment, and it appearing just and proper, it is,

**ORDERED** that Defendants' Motion to Enlarge Time to File Oppositions and Replies is **GRANTED;** and it is

**FURTHER ORDERED** that the Plaintiffs and Defendants may file their oppositions to the cross-motions for Summary Judgment on or before March 20, 2006; and it is

**FURTHER ORDERED** that the Plaintiffs and Defendants may file their replies to any opposition to the cross-motions for Summary Judgment on or before April 7, 2006.

_____
United States District Judge