UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **A.S., et al.,** : | |
| : | |
| **PLAINTIFFS,** : | |
| : | |
| v. : | **Civil Action No.** 05-1591 (RMC) |
| : | |
| **DISTRICT OF COLUMBIA, et al.,** : | |
| : | |
| **DEFENDANTS.** : | |
| : | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE OPPOSITIONS AND REPLIES TO CROSS-MOTIONS
FOR SUMMARY JUDGMENT**

Defendants, by undersigned counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby move this Court for an enlargement of time--to March 20, 2006 and April 7, 2006, respectively—to file oppositions and replies to the parties' cross-motions for summary judgment. As grounds therefor the District represents as follows:

Undersigned counsel for the District has been ill for a week, was consequently out of the office during all of last week, and continues to feel ill. The undersigned attorney has attempted to reach counsel for plaintiffs three times today to request consent to a grant of this motion but has not yet received a call back.

Accordingly, the District respectfully requests that this Court enlarge the time for the parties to file oppositions to the cross-motions for summary judgment by 20 days, to and including March 20, 2006 and for the filing of their replies by 15 days, to and including April 7, 2006.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

**/s/ Carol E. Burroughs**
CAROL E. BURROUGHS [#415432]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6520
(202) 727-3625 (fax)
carol.burroughs@dc.gov

February 27, 2006

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6(b)(1).

2. LCvR 7.1(m).

3. The inherent authority of this Court.