

**DISTRICT OF COLUMBIA
PUBLIC SCHOOLS**

**Office of the Superintendent**
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, D.C. 20002-4232
202-442-5000   Fax: 202-442-5098
www.k12.dc.us

January 9, 2006

Margaret A. Kohn, Esquire
Attorney at Law
1320 19th Street, NW, Suite 200
Washington, DC 20036

Dear Ms. Kohn :

Attached is District of Columbia Public Schools' (DCPS) response to your Freedom of Information Act request dated December 22, 2005, in which you requested information on the DCPS' Autism Program. Pursuant to the District of Columbia Freedom of Information Act, D.C. Code Section 2-531 et. seq., DCPS has attached the following responses prepared by the Director of the Program, Ms. Victoria Williams, for your information.

Thank you for your patience in receiving this requested information. If you have further questions on your request, please contact the Office of General Counsel at 202-442-5000.

Sincerely,

Karen Jones Herbert
Attorney-Advisor

Attachments: (7 pages)

cc: Erika Pierson, Deputy General Counsel/FOIA Officer
    **0106-01- December 22, 2005**

| Area | School | Level | Enrollment |
|---|---|---|---|
| NW | Barnard | Preschool, Primary, Intermediate | 16 |
| NW | Meyer | Preschool, Primary, Intermediate | 17 |
| NW | Hearst | Primary | 6 |
| NW | Garnet-Patterson | Middle/Junior | 12 |
| NW | Roosevelt | Senior High | 14 |
| NE | John Burroughs | Preschool, Primary, Intermediate | 15 |
| NE | Shadd | Primary, Intermediate | 12 |
| NE | Ludlow-Taylor | Preschool, Primary, Intermediate | 16 |
| NE | Kelly Miller | Middle/Junior | 12 |
| NE | McKinley (Asperger's) | Senior High | 2 |
| NE |  | Preschool, Primary, Intermediate | 18 |
| NE | Eliot | Middle/Junior | 9 |
| NE | Eastern | Senior High | 13 |
| SE | Tyler | Preschool, Primary, Intermediate | 18 |
| SE | Davis | Primary, Intermediate | 6 |
| SE | Patterson | Primary, Intermediate | 8 |

Total = 170
Preschool = 30
Primary = 41
Intermediate = 39
Middle/Junior = 33
Senior = 27

01/06

# CITYWIDE PROGRAM FOR STUDENTS WITH HIGH FUNCTIONING AUTISM OR ASPERGER'S SYNDROME
# @MCKINLEY TECHNOLOGY HIGH SCHOOL

## PROGRAM GOALS

- To provide comprehensive special education instruction based on the general education curriculum with modifications as appropriate inclusive of related services to students with High Functioning Autism or Asperger's Syndrome whose needs can not be met in a less restrictive educational environment.
- To provide a highly supportive and individualized program that is based on a behavioral model of skill instruction designed to elicit consistent levels of change.
- To provide structured opportunities, accommodations, and modifications that will allow each student to interact and participate with their non-disabled peers in a less restrictive setting.
- To utilize best practices in the development of social and adaptive skill functioning.
- To promote transition into a less intensive LRE as evidenced by a continuum of measurable progress.

## POPULATION

The Citywide High Functioning Autism or Asperger's Program serves primarily students who fall within this range under the Autism Spectrum Disorder. These students generally have no clinically significant delay in cognitive development or in the development of age-appropriate self-help skills. Students will receive instruction on the general education curriculum, with enrichment as necessary. Students in the program have a documented need of social, communication, and behavioral needs that requires a more specialized environment. These students are on a track for a high school diploma.

## PROGRAM MODEL

The Program for Students with High Functioning Autism or Asperger's Syndrome provides a small, individualized structured program to those students for whom local school-based resources and interventions have been insufficient to meet their total needs. The staff provides instruction on the general education curriculum. The primary focus of the program is the success of the student's ability to obtain the necessary academic fulfillment for a high school diploma. The program staff, in collaboration with the transdisciplinary team and McKinley's special education team, utilizes a behavioral approach in effectively teaching social strategies and effective communication skills throughout the instructional day. Students are included in the regular education program to the maximum extent possible.

## STAFFING GUIDELINES

**Student Teacher Ratio**
- (6:1) Special Education Teacher w/ six students, two full-time educational aides
- Speech-Language Pathologist
- Social Worker/Psychologist (Part-Time)
- McKinley Technology High School Special Education Staff

# AUTISM CLUSTER PROGRAM TEACHER STATUS

| SCHOOL | TEACHER | STATUS | | | |
|---|---|---|---|---|---|
| | | *CERTIFIED* | | *NONCERTIFIED* | |
| | | Provisional | Standard | Praxis | Courses & Comments |
| BARNARD | Barber | | X | | |
| | McKitty | | X | | |
| | Twarek | | X | | |
| BOURROUGHS | Coates | | | X | All course work completed |
| | Edwards | | | X | X-Howard |
| | Lewis | | | X | |
| EASTERN | Sereci | X | | | x |
| | Johnson | | | X | |
| ELIOT | Brocks | | X | | |
| | Taylor | | X | | |
| GARNET-PATTERSON | Coates | | | X | All course work completed |
| | Haliburton | | X | | |
| HEARST | Edison | | | X | X-Virginia State |
| KELLY MILLER | Rutledge | | X | | |
| | Turner | | X | | |
| LUDLOW-TAYLOR | Mantey | | X | | |
| | Mickens | | X | | |
| | DeTorres | | X | | |
| MEYER | Muraguri | X | | | X – American |
| | McMahon | X | | | X- |
| PATTERSON | Chambers | X | | | |
| ROOOSEVELT | Hawkins | | X | | |
| | Warfield | | X | | |
| SHADD | Haynes | | X | | |
| | Ngide | X 2006 | | X | |
| TYLER | Palma | X | X- NY | | X -John Hopkins |
| | Gross | | X | | |
| | Meekins | | | X | X-Virginia State |
| DAVIS | Stokes | | X | | |
| | Walker | | | X | |
| MCKINLEY | Walker | X | | | X |