UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.S., et al., | : |
| PLAINTIFFS, | : |
| v. | : Civil Action No. 05-1591 (RMC) |
| DISTRICT OF COLUMBIA, et al., | : |
| DEFENDANTS. | : |

### DECLARATION OF VICTORIA WILLIIAMS

1.    My name is Victoria M. Williams. I am the Supervisor of the Autism Cluster Programs, Office of Special Education, D. C. Public Schools. My responsibilities include being a liaison between the Office of Special Education and the schools and families. I help develop programs for, and oversee service delivery to, autistic students. I also make sure that monthly meetings are held with the families.

2.    I have been with the school system over 25 years. I have a master's degree in special education from the University of Pittsburgh. My undergraduate degree was in communications also from the University of Pittsburgh. I have taken many post-graduate courses from local colleges including Trinity University and the University of Maryland. I have also attended conferences and trainings on autism spectrum disorders. I have worked in autism for about ten years. I became the first coordinator for the Autism Program. We started out in two schools and we are now in 15 schools.

3.  The Asperger's Program at McKinley Tech was in the planning stages during 2004-2005 school year. The first students started last September, 2005. There are two students currently in the program--one ninth grader and one tenth grader. They are both high functioning autistic students. The ninth grader came from Deal Junior High School. The tenth grader came from a charter school.

4.  The program is designed to include one special education teacher and two aides. With only two students instead of the six we had planned to serve, we ended up reassigning the aides to other programs because they were not needed.

5.  The teacher, Shavon Walker, received her bachelor's degree in biology from Howard University. She will complete her master's degree from George Washington University in transition special education. She has attended a conference on Asperger's Syndrome and has been reading and research in the area as well.

6.  In addition the social worker at the school provides counseling to the students. She has attended an Asperger's conference and also has been reading and researching information on Autism/Asperger's Syndrome. Social skills are a major aspect of Asperger's Syndrome. There are also a psychologist, speech therapist and occupational therapist assigned to the school. They are available on an as-needed basis.

7.  The way the program works now, the two Asperger's students take their first class with the special education teacher. Then they go to the rest of their scheduled classes. Before the school year began, Ms. Walker gave each of the subject area teachers of the two students a written briefing on their current level of functioning and suggested strategies and modifications for instruction. She also observed all of the classes to assess

which ones posed the most difficulty for the students and thus required more support, such as team teaching. The other students perceive her as a floating resource teacher.

8.  McKinley has three major areas of concentration: biotechnology, information technology and broadcast communications. It also has all of the usual core subjects, such as Algebra, Geometry, Calculus, Biology, Chemistry, English, History, World Geography and Physical Education.. There are also electives such as art and music. Next year they are planning to add additional elective courses such as journalism and creative writing. These students also wear uniforms. The students need to earn 27 Carnegie units to graduate.

9.  If A.S. had enrolled in McKinley, we would have reviewed her I.E.P. and set out an educational plan for her which would be adjusted as necessary. She would be in the first class with the special education teacher and hopefully able to attend the rest of her scheduled classes, with support services. If she could not handle inclusion for all of the subjects or she was having a bad day, we have the technology for her to get the instruction by closed circuit T.V. There is a side entrance to the building near the resource room if A.S. found entering through the main door overwhelming.

10. This year we have grades nine, ten and eleven. Next year, twelfth grade will be added, making that approximately 800 students—200 per grade level. This is an application school--not all who apply are accepted. The students at Tech are more focused and respectful than the average high school student. They have won a chance to go to a special school and they are proud of it.

11. We have two more potential students for the Asperger's Program next year. Both are currently being evaluated for suitability for the program; neither has been accepted yet.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
Victoria M. Williams