UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNA SCHOENBACH**, *et al.*,           )<br>                                                              )<br>            **Plaintiffs**,                             )<br>                                                              )<br>      v.                                                    )<br>                                                              )<br>**DISTRICT OF COLUMBIA**, *et al.*,  )<br>                                                              )<br>            **Defendants.**                          )<br>                                                              ) | Civil Action No.  05-1591 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed concurrently herewith, it is hereby

**ORDERED** that Plaintiffs' motion for summary judgment [Dkt. #10] is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' motion for summary judgment [Dkt. #9] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This case is closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date:  June 12, 2006                                            /s/
                                                                        ROSEMARY M. COLLYER
                                                                        United States District Judge